

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
lzaharia@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

December 30, 2021

**DELIVERED VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
Failla_NYSDChambers@nysd.uscourts.gov



| | |
|---|---|
| **Case Title:** | *Gold Value International Textile, Inc., d/b/a Fiesta Fabric v. The Levy Group, Inc. et al.;* **1:21-cv-06772-KPF** |
| **Re:** | **Request for Adjournment of Initial Pretrial Conference and Extension of Defendants' Deadline to Answer** |

Your Honor:

    This office represents Plaintiff Gold Value International Textile, Inc. We write, together with Defendants The Levy Group and Nordstrom Inc., to respectfully request an adjournment of the conference currently scheduled for January 5, 2022 at 2:30 pm and an extension for Defendants' deadline to answer, which is also currently set for January 5, 2022. This is the third request for an extension of Defendants' answer deadline, and the first two requests were previously granted. (Dkts. #25, #30.) The reason for these requests is that although the parties have entered into a protective order and exchanged certain information to facilitate settlement discussions, additional material is still necessary to further settlement negotiations. The parties are in the process of exchanging this material but need additional time due to the holidays. The parties anticipate that there will be no further extension requests for Defendants' deadline to answer or for the initial pretrial conference.

    We thank Your Honor for your time and consideration of this request.

Respectfully submitted,

By: */s/ Laura M. Zaharia*
Scott Alan Burroughs
Laura M. Zaharia
DONIGER / BURROUGHS
For the Plaintiff

By: */s/ Theodore Massoud Sabety*
Theodore Massoud Sabety
SABETY + ASSOCIATES PLLC
For the Defendants The Levy Group, Inc. and Nordstrom, Inc.

Application GRANTED.

The initial pretrial conference in this matter is hereby ADJOURNED to **February 1, 2022, at 10:00 a.m.**

Defendants The Levy Group and Nordstrom Inc. shall file their responses to the Complaint on or before **January 27, 2022.**

The Clerk of Court is directed to terminate the motion at docket entry 31.

Dated:   January 3, 2022           SO ORDERED.
         New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE