UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GOLD VALUE INTERNATIONAL TEXTILE, INC.,

                Plaintiff,

-v.-

THE LEVY GROUP, INC., DOES 1 THROUGH 10, NORDSTROM, INC., FILENE'S BASEMENT, LLC, and ABSOLUTE ASULINI, LTD.,

                Defendants.

21 Civ. 6772 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court understands that the parties are discussing a possible resolution of this matter and wishes for those discussions to continue unimpeded. To that end, the parties are hereby ORDERED to submit a joint status letter on or before **October 28, 2022**, if they do not reach a pretrial disposition before that date.

    Plaintiff is further ORDERED to provide a copy of this Order to a representative of Defendant Absolute Asulini, Inc., either by mail to Absolute Asulini, Ltd. c/o Steve, 102-30 66th Road #14D, Forest Hills, N.Y. 11375, or by other agreed-upon means.

    SO ORDERED.

Dated:    September 28, 2022
                New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge